**No. 42201.**—Protests 700074–G, etc., of Latorraca Bros. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 41794 the protests were sustained.

**No. 42202.**—Protests 618032–G, etc., of John A. Alban & Co., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 39667 and 41794 the protests were sustained.

**No. 42203.**—Protests 804602–G, etc., of Otto Roth & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 and *Locatelli* v. *United States* (T. D. 48284 and T. D. 49389) the protests were sustained.

**No. 42204.**—Protests 754941–G, etc., of S. Galle & Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880, *Locatelli* v. *United States* (T. D. 48284 and T. D. 49389), and *Kraft* v. *United States* (T. D. 47955) it was held that an allowance should have been made in weight of the cheese for the inedible covering.

**No. 42205.**—Protests 743610–G, etc., of Otto Roth & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880, *Locatelli* v. *United States* (T. D. 48284 and T. D. 49389), and *Kraft* v. *United States* (T. D. 47955) it was held that an allowance should have been made in the weight of the cheese for the inedible covering.

**No. 42206.**—Protests 794599–G, etc., of Armour & Co., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel it was held that an allowance should have been made for the weight of the inedible covering of the cheese in question. Abstract 40880 followed.

**No. 42207.**—Protests 970129–G, etc., of Leo Feder & Son et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel it was held that an allowance should have been made for the weight of the inedible covering of the cheese in question. Abstract 40880 followed.

**No. 42208.**—Protests 970133–G, etc., of Sclafani-Bono-Sclafani, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel it was held that an allowance should have been made for the weight of the inedible covering of the cheese in question. Abstract 40880 followed.